362

In re Petition For DISCLOSURE OF EVIDENCE TAKEN BEFORE the SPECIAL GRAND JURY CONVENED ON MAY 8, 1978, Petitioner.

No. 80–7685.

United States Court of Appeals, Fifth Circuit.*
Unit B

Nov. 30, 1981.

James H. Evans, Dist. Atty., Fifteenth Judicial Circuit of Ala., Montgomery, Ala., for appellant.

William J. Baxley, Birmingham, Ala., for Juanita W. McDaniel.

L. Drew Redden and F. Timothy McAbee, Birmingham, Ala., for Walter F. Johnsey.

Phillip Wittmann, New Orleans, La., for Joe Fine.

L. Murray Alley, Birmingham, Ala., for Garry Drummond, Larry Drummond and Drummond Coal Co.

Before RONEY, FRANK M. JOHNSON, JR., and HENDERSON, Circuit Judges.

ORDER:

The motion of the United States Department of Justice to correct this court's opinion, 650 F.2d 599, dated July 13, 1981, is GRANTED.

IT IS ORDERED that this court's opinion of July 13, 1981 is amended by striking the following sentence beginning at line 5, column 2, on page 600:

Counsel for the government argued that Evans had failed to show a compelling and particularized need.

With this modification, the opinion remains in full force and effect and the judgment of the district court is

AFFIRMED.

* Former Fifth Circuit case, Section 9(1) of Public Law 96–452—October 14, 1980.